**Opinion filed July 3, 2025**



## In The

# Eleventh Court of Appeals

_____

## No. 11-23-00028-CV

_____

## IN RE JS EVERETT RANCHES, LTD.

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

Relator, JS Everett Ranches, Ltd., filed in this court a petition for writ of mandamus. In the petition, Relator challenged the trial court's denial of its motion to disqualify Jess N. Turner, III and Turner & Allen, P.C. On June 18, John T. Brown with the firm and a representative of Real Party in Interest, JSW Ranches, Ltd., filed a letter in this court advising us that Turner and the firm "have voluntarily withdrawn from representing the Real Party in Interest." Brown attached a copy of the trial court's order granting its motion for substitution of counsel and stated that the trial court's order "effectively renders the relief sought in [Relator's] Writ of Mandamus moot." Relator agrees that the withdrawal and substitution "renders this

appellate proceeding moot and respectfully requests that the Court dismiss the appellate proceeding as moot."

We agree that Relator's petition for writ of mandamus is now moot because Jess N. Turner, III and Turner & Allen, P.C. no longer represent Real Party in Interest in the proceedings below. *See In re Carlson*, 712 S.W.3d 71, 75 (Tex. 2025) (orig. proceeding) ("Because no . . . dispute remains, we are obliged to dismiss the mandamus petition as moot."); *In re Chaparral Pipeline Co., LLC*, No. 11-22-00312-CV, 2023 WL 162800, at *1 (Tex. App.—Eastland Jan. 12, 2023, orig. proceeding) (mem. op.) (The trial court provided the relator with the relief sought, rendering the petition for writ of mandamus moot.). We lack jurisdiction to decide a moot controversy. *Carlson*, 712 S.W.3d at 73, 75.

Accordingly, we dismiss Relator's petition for writ of mandamus for want of jurisdiction.


JOHN M. BAILEY
CHIEF JUSTICE


July 3, 2025
Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2